# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 3:12-MJ-154 |
| The residence located at 3413 Villanova Street, Dallas Texas 75225 | § § § § | |

## ORDER

BEFORE this Court for consideration is the Government's Motion to Unseal regarding the unsealing of the above entitled and numbered search warrant in this case.

IT IS HEREBY ORDERED that the Search Warrant, Application and Affidavit, Attachments, Return and Inventory, filed in this cause be, and it is hereby, unsealed.

SIGNED this 12 day of April, 2012.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE